IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MILLARD PATRICK II,

<table>
<tr><td>Petitioner,</td><td>ORDER</td></tr>
<tr><td>v.</td><td>13-cv-230-wmc</td></tr>
</table>

STATE OF WISCONSIN,

Respondent.

---

Petitioner Millard Patrick, a prisoner at Green Bay Correctional Institution in Green Bay, Wisconsin, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He requests leave to proceed *in forma pauperis*. Although petitioner has supported his request with an affidavit of indigency, I cannot determine whether petitioner is indigent for the purpose of filing a § 2254 petition until he submits a trust fund account statement for the six-month period immediately preceding the filing of his habeas corpus petition. *See Longbehn v. U.S.*, 169 F.3d 1082 (7th Cir. 1999).

Once petitioner submits his trust fund account statement, this court will calculate petitioner's average monthly deposits and his average monthly balances for the six-month period mentioned above. If 20% of the greater of these two figures is $5 or more, he will not be eligible for indigent status and will have to prepay all of the $5 filing fee. If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

Now that petitioner is aware of the formula this court uses in determining whether a prisoner is indigent for the purpose of paying a $5 filing fee, he may be able to figure easily whether he qualifies. If he knows that he will not qualify for indigent status, he may elect to submit a check or money order made payable to the clerk of court in the amount of $5 in lieu of the six-month statement requested above. In any event, petitioner should act quickly. If, by April 30, 2013, petitioner does not submit either the $5 payment or a trust fund account

statement for the last six months, his request for leave to proceed *in forma pauperis* will be denied and this action will be closed.

Entered this 8th day of April, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge