IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLARD PATRICK II,

    Petitioner,

v.

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-230-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) dismissing the petition of Millard Patrick II for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for failure to exhaust state remedies, and

(2) dismissing petitioner's claims concerning his conditions of confinement without prejudice to consideration in a civil action governed by 42 U.S.C. § 1983.

/s/                                                                               6/18/2013

Peter Oppeneer, Clerk of Court                                       Date