IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLARD PATRICK II,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 13-cv-230-wmc

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    (1) dismissing the petition of Millard Patrick II for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for failure to exhaust state remedies, and

    (2) dismissing petitioner's claims concerning his conditions of confinement without prejudice to consideration in a civil action governed by 42 U.S.C. § 1983.

| /s/ | 6/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |